# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **CASE NO.: 4:16-CR-148** |
| **JERROD BAUGH** ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for dates June 4th – June 7th, 2024, and June 10th – June 13th, 2024. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 6th day of June, 2024.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia